UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROGER NIXON | CIVIL ACTION NO. 25-cv-253 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| BERKLEY NATIONAL INSURANCE CO ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Plaintiff filed this civil action in state court against Berkley National Insurance Company, Acid and Cementing Services, Inc., and Antonio Maldonado. Defendants removed the case based on an assertion of diversity jurisdiction, which puts the burden on them to set forth specific allegations that show complete diversity of citizenship of the parties and an amount in controversy over $75,000.

Defendants each filed a Rule 7.1 Disclosure Statement on a form. The form asked whether the disclosing party is either a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C § 1332(a). Each defendant answered no, but the defendants should have answered yes because they removed the case based on diversity. The form instructed that if the answer to that question was yes, the party must identify the name and citizenship of every individual or entity whose citizenship is attributed to the disclosing party. None of the defendants did so. Therefore, there is no citizenship information on the disclosure form for any defendant.

Defendants stated in their notice of removal that Berkley is a "foreign insurance company" and that Acid and Cementing is "a Texas corporation." These allegations are

insufficient to state either party's citizenship. A corporation is deemed to be a citizen of (1) the state in which it was incorporated and (2) the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). To establish diversity jurisdiction, a complaint or notice of removal must set forth "with specificity" a corporate party's state of incorporation and its principal place of business. If the party is an LLC, its citizenship is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. <u>Harvey v. Grey Wolf Drilling Co.</u>, 542 F.3d 1077 (5th Cir. 2008).

Defendants must file, no later than **April 16, 2025**, an amended Diversity Jurisdiction Disclosure Statement that specifically sets forth the citizenship of each defendant in accordance with the rules discussed above.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 10th day of April, 2025.

_____
Mark L. Hornsby
U.S. Magistrate Judge